1  DARRYL J. HOROWITT #100898
   COLEMAN & HOROWITT, LLP
2  Attorneys at Law
   499 West Shaw, Suite 116
3  Fresno, California 93704
   Telephone: (559) 248-4820
4  Facsimile: (559) 248-4830

5  Attorneys for Defendant,
   GULF STREAM COACH, INC.,
6  an Indiana corporation

** E-filed 06/19/2009 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALBRIDGE,<br><br>   Plaintiff,<br><br>v.<br><br>GULF STREAM COACH, INC., a corporation; BANK OF AMERICA CORPORATION, a corporation; and DOES ONE through TWENTY,<br><br>   Defendants. | Case No. C 09-02129 HRL<br><br>**STIPULATION AND ORDER FOR REMAND OF ACTION TO STATE COURT** |

This Stipulation is entered into by and between Plaintiff, JOHN WALBRIDGE ("Plaintiff"), and Defendants, GULF STREAM COACH, INC. ("GSC") and BANK OF AMERICA, N.A., sued herein as Bank of America Corporation ("Bank of America"), by and through their respective attorneys of record, on the following recitals, terms, and conditions:

**RECITALS**

This Stipulation is entered into with the following facts taken into consideration:

A.   On or about September 24, 2008, Plaintiff caused to be filed an action against Defendants in the Santa Cruz County Superior Court entitled *"John Walbridge v. Gulf Stream Coach, Inc., a corporation; Metro R.V., Inc., a corporation; Bank of America Corporation, a*

1

*John Walbridge v. Gulf Stream Coach, Inc., etc., et al.*
Case No. C 09-02129 HRL

*corporation; and Does One through Twenty,"* docketed as Case No. CISCV161511 ("THE ACTION"). THE ACTION included claims for breach of express and implied warranty under the Song-Beverly Consumer Warranty Act and Magnuson-Moss Consumer Warranty Act.

    B.    On or about May 14, 2009, GSC filed a Notice of Removal which was joined by Bank of America. The removal was based on the fact that diversity jurisdiction was created when Metro R.V., Inc., a California corporation, was dismissed by Plaintiff on April 28, 2009.

    C.    The parties now wish to remand THE ACTION back to State Court based on the fact that original jurisdiction may have existed in the Federal Court by the inclusion of Plaintiff's claim for violation of the Magnuson-Moss Consumer Warranty Act.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties do hereby stipulate and agree as follows:

1. The above-captioned action will be remanded to Santa Cruz County Superior Court for further proceedings.

2. There is no prevailing party for purposes of this Stipulation. Any determination of attorney's fees will be decided by the State Court in THE ACTION once it is remanded to the State Court.

3. This Stipulation may be executed in counterparts.

4. A facsimile or electronic signature shall be considered as valid as an original.

Dated: June 18, 2009

MAKLER & BAKER, LLP

By: _____
TERRY L. BAKER
Attorneys for Plaintiff,
JOHN WALBRIDGE

F:\CLIENTS\2250-Gulf Stream\54-Walbridge\Pldg\StipRemand.wpd
6/11/09 – 3:54 pm

C 09-02129 HRL
STIPULATION AND ORDER FOR REMAND OF ACTION

*John Walbridge v. Gulf Stream Coach, Inc., etc., et al.*
Case No. C 09-02129 HRL

Dated: June 11, 2009

COLEMAN & HOROWITT, LLP

By: _____
DARRYL J. HOROWITT
Attorneys for Defendant,
GULF STREAM COACH, INC.

Dated: June 11, 2009

SEVERSON & WERSON, P.C.

By: _____
SCOTT J. HYMAN
Attorneys for Defendant,
BANK OF AMERICA, N.A.

## ORDER

The parties having so stipulated, and good cause appearing therefor:

IT IS HEREBY ORDERED that the pending action should be remanded to Santa Cruz County Superior Court for further proceedings in accordance with the terms of this Stipulation.

Dated: June 19, 2009

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California